IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                                     Case No.: 19-66217-pwb

**CLAIRE DEES,**                                    Chapter 13

**Debtor**

NEW REZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING, as Servicer for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the CWALT, Inc., Alternative Loan Trust 2005-51, Mortgage Pass-Through Certificates, Series 2005-51,

**Movant,**

vs.                   **CONTESTED MATTER**

**CLAIRE DEES and MARK H. DEES**
**Respondents.**

## NOTICE OF APPEAL

COMES NOW Claire Dees, and Mark H. Dees, pro se, and appeals the Judgment and Order of this Court dated August 12, 2021, to the U.S. District Court for the Northern District of Georgia. The nature of the Order being appealed is a Final Order on Remand Granting Motion for Prospective Relief from Stay Pursuant to 11 U.S.C. Section 324(d)(4).

Dated this 23rd day of August 2021.

                                                             _/s/ Claire Dees_
                                                             Claire Dees, pro se
                                                             _/s/ Mark H. Dees_
                                                             Mark H. Dees, pro se

5885 Cumming Hwy 108—208

Sugar Hill, GA 30518

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appeal has been furnished by first class mail and or by email to all parties listed on the attached service list.

Joshua M. Ryden, Seth Greenhill

Padgett Law Group

6267 Old Water Oak Rd. Suite 203

Tallahassee, FL 32312

N. Whaley, Interim Ch. 13 Trustee

Suite 1600 285 Peachtree Center Ave., NE

Atlanta, GA 30303

This 23rd day of August 2021.

_____
Claire Dees, pro se

_____
Mark H. Dees, pro se